IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE R. JACOBE, | : | No. 4:06-CV-577 |
| Plaintiff, | : | (Judge Jones) |
| v. | : | |
| | : | (Magistrate Judge Smyser) |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

**July 13, 2007**

In conformity with the Memorandum issued in the above-captioned matter on today's date, it is hereby ORDERED that:

1. Magistrate Judge Smyser's Report and Recommendation (doc. 14) is **ADOPTED** in its entirety.

2. The Commissioner's Objections (doc. 15) are **OVERRULED** in their entirety.

3. This matter is **REMANDED** to the Commissioner for consideration

---

[1] Michael J. Astrue became the Acting Commissioner of Social Security, effective February 12, 2007 to succeed Linda S. McMahon. Under Fed. R. Civ. P. 25(d)(1) and 42 U.S.C. § 405(g), Michael J. Astrue is automatically substituted as the defendant in this action.

1

of whether Plaintiff had become disabled prior to the end of 1989.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

_____
John E. Jones III
United States District Judge